CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2002, I served a true and correct copy of the foregoing by first class United States Mail, postage prepaid, addressed to the following:

Stuart A. Eisenberg, Esquire
McCullough & Eisenberg P.C.
530 West Street Road
Suite 201
Warminster, PA 18974

_____

John M. McIntyre