IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS W. DOYLE AND PATRICIA DOYLE, et al., <br><br> v. <br><br> MELLON BANK, N.A., et al., | : <br> : <br> : <br> : Civil Action No. 02-CV-2939 <br> : <br> : <br> : |

## DEFENDANTS' MOTION TO STRIKE
## PLAINTIFFS' NOTICE OF REMOVAL

Defendants Mellon Bank, N.A., Davis and Reilly P.C., Reed J. Davis, and Davis Davis Attorneys, P.C. (collectively "Defendants"), by and through their counsel Reed Smith LLP, hereby move this Court to strike the Plaintiffs' Notice of Removal.

The grounds for this Motion are set forth in the accompanying Memorandum of Law, which is incorporated as if set forth in full herein. A proposed order is attached.

Respectfully submitted,

_____
Thomas L. Allen
PA. I.D. No. 33243
John M. McIntyre
PA I.D. No. 78739
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Louis W. Schack
PA I.D. No. 78864
Derek J. Baker
PA I.D. No. 82207
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

Counsel for Defendants Mellon Bank, N.A., Davis & Reilly, P.C., Reed J. Davis, and Davis Davis Attorneys, P.C.

Dated: July ___, 2003

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2003, I served a true and correct copy of Defendants' Motion To Strike Plaintiffs' Notice of Removal by first class United States Mail, postage prepaid, addressed to the following:

>Stuart A. Eisenberg, Esquire
>McCullough & Eisenberg P.C.
>530 West Street Road
>Suite 201
>Warminster, PA 18974

_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THOMAS W. DOYLE AND PATRICIA DOYLE, HUSBAND AND WIFE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED<br><br>v.<br><br>MELLON BANK, N.A., DAVIS & REILLY, P.C., REED J. DAVIS, DAVIS DAVIS ATTORNEYS, P.C. and JOHN DOES 1 THROUGH 50 | Civil Action No. 02-CV-2939 |

AND NOW, this _____ day of _____, 2003, upon consideration of the Motion of the Defendants to Strike the Plaintiffs' Notice of Removal from United States District Court to United States Bankruptcy Court Pursuant to B.R.C.P. 9027 and the submissions of the parties, it is hereby ORDERED, ADJUDGED and DECREED that the Defendant's Motion is GRANTED and the Plaintiff's Notice of Removal is STRICKEN FROM THE RECORD.

BY THE COURT:

_____
United States District Judge