## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS W. DOYLE AND PATRICIA
DOYLE, HUSBAND AND WIFE,
INDIVIDUALLY AND ON BEHALF
OF OTHERS SIMILARLY SITUATED
                Plaintiffs,

      v.

MELLON BANK, N.A.,
DAVIS & REILLY, P.C.,
REED J. DAVIS, DAVIS DAVIS
ATTORNEYS, P.C. and JOHN DOES 1
THROUGH 50
                Defendants.

Civil Action No. 02-cv-2939

## ORDER

March _____, 2004

For the reasons stated in the accompanying opinion, it is hereby ORDERED that:

1.      Defendants' Motion to Strike Plaintiffs' Notice of Removal (#17) is GRANTED.

2.      Plaintiffs' Motion [for leave] to File Second Amended Complaint and Remand (#10) is GRANTED.

3.      Defendants' Motion to Dismiss (#5) is DENIED.

_____
                Pollak, J.